Thomas H. Allen, State Bar #11160
David B. Nelson, State Bar #34100
**ALLEN, JONES & GILES, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona  85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: tallen@bkfirmaz.com
       dnelson@bkfirmaz.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LONESOME VALLEY BREWING, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 3:22-bk-05747-BKM<br><br>**APPLICATION FOR ORDER TO SHOW CAUSE WHY MERCHANT CAPITAL GROUP, LLC SHOULD NOT BE HELD IN CONTEMPT AND REQUEST FOR DAMAGES AND ATTORNEY'S FEES** |

Lonesome Valley Brewing Inc. ("**Debtor**"), by and through undersigned counsel, hereby requests that the Court enter an order for Merchant Capital Group, LLC dba Greenbox Capital ("**Greenbox**") to show cause why it should not be held in contempt for violation of the automatic stay and award Debtor's attorney's fees and damages. Despite being scheduled as a creditor, Greenbox made post-petition demands and brought a lawsuit against the Debtor over its pre-petition debt in Florida state court. While it eventually dismissed the lawsuit after formal demand, Greenbox has not compensated the Debtor for the fees incurred in addressing in the stay violation. Accordingly, Greenbox should show cause as to why the Court should not award damages for Greenbox's contempt. This Motion is supported by the following Memorandum of Points and Authorities.

/ / /

/ / /

{00406629}

# MEMORANDUM OF POINTS AND AUTHORITIES

I. **Factual Background**

1. Prior to the bankruptcy, the Debtor borrowed money from Greenbox.

2. The Debtor filed a voluntary petition for relief under Chapter 11 on August 29, 2022 ("**Petition Date**").

3. On its Schedule D, the Debtor listed "Greenbox Capital for Merchant Capital Group LLC" as holding a claim in the amount of $52,076.72. *See* ECF No. 40 at 10.

4. On September 1, 2023, the Bankruptcy Notice Center sent creditors, including Greenbox, notice of the Debtor's first meeting of creditors ("**341 Notice**"). *See* ECF No. 23. The 341 Notice informs creditors that the bankruptcy imposes a "automatic stay against most collection activities." *Id.* at 3.

5. On October 20, 2022, Greenbox through its counsel, Sprechman & Fisher, P.A., ("**S&F**") sent a letter to Debtor demanding payment of its pre-petition claim and Greenbox threatened litigation if a payment was not received in five days.

6. On December 2, 2022, the Debtor mailed the *Debtor's Plan of Reorganization Dated November 28, 2022* [ECF No. 64] and related documents to Greenbox. *See* ECF No. 67.

7. Greenbox filed a lawsuit on its pre-petition claim against the Debtor on December 22, 2022, thereby initiating Case No. 2022-024081-CA-01 in the Eleventh Judicial Circuit of Florida ("**Litigation**").

8. Greenbox served the Debtor on January 5, 2023.

9. On January 8, 2023, S&F sent a second demand letter to collect on its pre-petition claim.

10. On March 15, 2023, Debtor sent a letter to Greenbox's counsel informing it of the previous stay violations. *See* **Exhibit 1** hereto. The Debtor demanded that

Greenbox dismiss the Debtor from the Litigation and compensation for attorney's fees incurred due to the stay violation. Greenbox did not respond to Debtor's counsel or address the demand for damages.

11. On March 28, 2023, Greenbox filed notice to dismiss the Debtor from the Litigation.

**II.  Legal Discussion**

The Bankruptcy Code prohibits a creditor from commencing a lawsuit against the Debtor to collect a pre-petition debt. 11 U.S.C. §§ 362(a)(1), (a)(6). For non-individuals, "contempt proceedings are the proper means of compensation and punishment for willful violations of the automatic stay." *Mar. Asbestosis Legal Clinic v. LTV Steel Co. (In re Chateaugay Corp.)*, 920 F.2d 183, 187 (2d Cir. 1990). For contempt, "the bankruptcy court must find that: (1) the party knew of the automatic stay; and (2) the party's actions that violated the stay were intentional." *Rediger Invs. Corp. v. H Granados Communs., Inc. (In re H Granados Communs., Inc.)*, 503 B.R. 726, 733 (B.A.P. 9th Cir. 2013). "The focus is on whether the creditor's conduct violated the injunction and whether that conduct was intentional; it does not require a specific intent to violate the injunction." *Desert Pines Villas Homeowners Ass'n v. Kabiling (In re Kabiling)*, 551 B.R. 440, 445 (9th Cir. BAP 2016). "Damages for civil contempt also includes the attorney's fees and costs incurred in addressing a violation." *In re Go*, No. 21-12657-MKN, 2023 Bankr. LEXIS 1077, at *26 (Bankr. D. Nev. Mar. 17, 2023).

The Debtor provided Greenbox with notice of the bankruptcy proceedings. The Court's 341 Notice expressly informs creditors of the automatic stay and its application to collection activities. Nevertheless, Greenbox initiated the Litigation against the Debtor shortly after the Debtor mailed its Plan to all creditors, including Greenbox. Escalating the matter from demand to Litigation required the Debtor to incur legal fees and costs in addressing the stay violation. Greenbox seemingly acknowledged the stay

by dismissing the Debtor from the Litigation but failed to respond to Debtor's counsel or provide an explanation as to why it initially filed the Litigation despite apparent notice of the bankruptcy. Without compensating the Debtor for its stay violation, the Debtor remains damaged by Geenbox's contempt.

WHEREFORE, the Debtor requests an order requiring Greenbox to show cause why it should not be held in contempt and awarding the Debtor compensatory damages, including attorney's fees and costs.

DATED: May 17, 2023.

                                      **ALLEN, JONES & GILES, PLC**

                                      */s/ THA #11160*
                                      Thomas H. Allen
                                      David B. Nelson
                                      1850 N. Central Ave., Suite 1150
                                      Phoenix, AZ 85004
                                      *Attorneys for Debtor*

**E-FILED** on May 17, 2023 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** e-mailed the same date to:

| | |
|---|---|
| Patty Chan<br>Office of the U.S. Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003<br>Patty.Chan@usdoj.gov | Christopher Simpson<br>OSBORN MALEDON, P.A.<br>2929 N. Central Avenue, 21st Fl.<br>Phoenix, AZ 85012<br>csimpson@omlaw.com<br>*Trustee* |
| Michael Kelleher<br>AMA RECOVERY GROUP, LLC<br>3131 Eastside St., Suite 350<br>Houston, TX 77098<br>mkelleher@amarecovery.com | Gil Hopenstand<br>US Small Business Administration<br>312 N Spring Street, 5th Fl<br>Los Angeles, CA 90012<br>gil.hopenstand@sba.gov |

/ / /

/ / /

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | Matthew Silverman<br>Lorraine Averitt<br>Office of the Arizona Attorney<br>   General – BCE<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ  85004<br>Matthew.Silverman@azag.gov<br>laveritt@azdor.gov<br>bankruptcyunit@azag.gov | Alan C. Hochheiser, Esq.<br>MAURICE WUTSCHER LLP<br>23611 Chagrin Blvd., Suite 207<br>Beachwood, OH  44122<br>ahochheiser@mauricewutscher.com<br>*Attorney for IOU Central, Inc.* |
| 6<br>7<br>8<br>9 | Stacey S. Fisher<br>SPRECHMAN & FISHER, P.A.<br>2775 Sunny Isles Blvd, Ste. 100<br>Miami, FL 33160-4007<br>stacey.fisher@sprechmanlaw.com<br>sprechman@sprechmanlaw.com<br>*Attorneys for Merchant Capital Group,*<br>*LLC dba Greenbox Capital* | |

/s/ Misty Vasquez

# Exhibit 1



THOMAS H. ALLEN *
HILARY L. BARNES
MICHAEL A. JONES *
PHILIP J. GILES *
DAVID B. NELSON
———
*CERTIFIED BANKRUPTCY SPECIALISTS
STATE BAR OF ARIZONA

BMO TOWER
AT CENTRAL ARTS PLAZA
1850 N. CENTRAL AVENUE
SUITE 1150
PHOENIX, ARIZONA 85004
———
TELEPHONE (602) 256-6000
FACSIMILE (602) 252-4712
tallen@allenbarneslaw.com

March 15, 2023

**-- DEMAND --
IMMEDIATE ATTENTION REQUIRED**

**VIA U.S. MAIL and EMAIL (stacey.fisher@sprechmanlaw.com):**

Stacey S. Fisher
SPRECHMAN & FISHER, P.A.
2775 Sunny Isles Blvd, Ste. 100
Miami, FL 33160-4007

      Re:    *In re Lonesome Valley Brewing, Inc.*
                 Bankruptcy Case No. 3:22-bk-5747

Dear Stacey:

      This firm represents Lonesome Valley Brewing, Inc. ("Lonesome Valley") in the above-referenced bankruptcy case. Lonesome Valley filed for reorganization under Chapter 11 on August 29, 2022 ("Petition Date") and scheduled your client Merchant Capital Group, LLC dba Greenbox Capital ("Greenbox") as a creditor. *See* **Exhibit A** hereto. Nevertheless, your client filed a complaint ("Complaint") against Lonesome Valley on December 22, 2022, several months after the Petition Date. Additionally, your office sent the attached two letters to Lonesome Valley demanding payment on its pre-petition claim. *See* **Exhibit B and C** hereto. Lastly, a review of the docket indicates that Greenbox attested to serving Lonesome Valley on January 5, 2023, *see* **Exhibit D** hereto, and the litigation appears still pending against Lonesome Valley. All the foregoing acts and continuation of the lawsuit against Lonesome Valley constitute clear violations of the automatic stay protecting Lonesome Valley during the reorganization.

      Upon the Petition Date, the automatic stay imposed by federal bankruptcy law prohibited Greenbox from "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding . . . [and] any act to collect . . . or recover a claim against the debtor that arose before the commencement of the case." 11 U.S.C. § 362(a). Greenbox's repeated demands and pursuing the Complaint unquestionably violated and continues to violate federal bankruptcy law. Greenbox must immediately rectify this by **dismissing the Complaint and reimbursing Lonesome Valley $2,500 in attorney fees no later than March 22, 2023**. Failure

{00397783}    OTHER OFFICE LOCATIONS:

YUMA OFFICE | 791 S. 4TH AVENUE, SUITE D | YUMA, ARIZONA 85364 | P. (928) 783-2161 | F. (928) 329-4369
PRESCOTT OFFICE | 700 S. MONTEZUMA STREET | PRESCOTT, ARIZONA 86303 | P. (928) 583-7624 | F. (928) 771-0095

Case 3:22-bk-05747-BKM   Doc 115   Filed 05/17/23   Entered 05/17/23 14:46:10   Desc
Main Document    Page 7 of 20

to provide such payment will result in Lonesome Valley seeking an order from the Bankruptcy Court compelling such action and an award of all damages allowable under applicable law, including punitive damages.

      We look forward to confirmation that your client will be dismissing the Complaint promptly. The check for attorney fees should be payable to "Allen Jones, & Giles, PLC" and sent to our Phoenix office at 1850 N. Central Avenue, Suite 1150, Phoenix, AZ 85004. Please call me should you have any questions.

      Sincerely,

      **ALLEN, JONES & GILES, PLC**

      *Thomas H. Allen*

THA/dbn
Enclosure

# Exhibit A

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Lonesome Valley Brewing, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | 3:22-bk-05747-BKM |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1 Arizona Attorney General for ADOR**
Creditor's Name
Bankruptcy & Collection Enforcement Sect
2005 North Central Avenue
Phoenix, AZ 85004-1592
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**5/9/22**
Last 4 digits of account number
**2975**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets - for TPT tax from April 2017 to August 2022**

Describe the lien
**UCC-1 Financing Statement**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$232,000.00**   Value: **$139,049.38**

**2.2 Greenbox Capital**
Creditor's Name
**for Merchant Capital Group LLC**
**2200 Biscayne Blvd., Suite 200**
**Miami, FL 33137**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**6/29/22**

Describe debtor's property that is subject to a lien
**Substantially all personal property**

Describe the lien
**UCC-1 Financing statement**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount: **$52,076.72**   Value: **$139,049.38**

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 3

| Debtor | Lonesome Valley Brewing, Inc. | Case number (if known) | 3:22-bk-05747-BKM |
|---|---|---|---|

**Last 4 digits of account number**
**1255**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **Holloway Funding Group for Adam Wines Consulting LLC**
Creditor's Name
**1416 S. Main St., Suite 220 #2003**
**Adrian, MI 49221**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/7/22**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Substantially all personal property**

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$72,150.88    $139,049.38

---

**2.4** **IOU Central Inc. dba IOU Financial**
Creditor's Name
**600 TownPark Lane Suite 100**
**Kennesaw, GA 30144**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/14/22**
**Last 4 digits of account number**
**1257**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Substantially all personal property**

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$141,531.91    $139,049.38

---

**2.5** **US Small Business Administration**

**Describe debtor's property that is subject to a lien**    $499,700.00    $139,049.38

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

**Creditor's Name**
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/14/2021

**Last 4 digits of account number**
9100

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Substantially all personal property**

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $997,459.51

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Michael Kelleher<br>AMA RECOVERY GROUP, LLC<br>3131 Eastside St, Suite 350<br>Houston, TX 77098 | Line 2.4 | |
| US Small Business Administration<br>P.O. Box 3918<br>Portland, OR 97208-3918 | Line 2.5 | |

# Exhibit B

# LAW OFFICES OF
# SPRECHMAN & FISHER, P.A.  CELEBRATING 37 YEARS OF EXCELLENCE 1985-2022

2775 SUNNY ISLES BOULEVARD, SUITE 100, MIAMI, FLORIDA 33160-4007
Phone: 305.931.0100 • Toll Free: 800.440.6289 • Fax: 305.936.0200
Email: sprechman@sprechmanlaw.com • Web Site: www.sprechmanlaw.com
STEVEN B. SPRECHMAN • STACEY S. FISHER • RYAN E. SPRECHMAN • ALEXANDRA TRICE

JARED M. STEVENS
*Director of Operations*
ROBERT P. LERNER
*Collection Manager*

October 20, 2022

Lonesome Valley Brewing Inc
DBA Lonesome Valley Brewing & The P.U.B*
3040 N Windsong Dr suite 101
Prescott Valley, AZ 86314

Re: Creditor:        Greenbox Capital
    Our File No.:    155184
    Placement Amount: $60,447.87
                     $668.65      Interest
                     $61,116.52   Total Due

Gentlemen:

This office represents **Greenbox Capital**. It is our understanding that there is a present balance as above stated which is delinquent.

Arrangements to pay this balance must be made immediately. Please contact **Robert Lerner x130** at **305/521-8825** and forward payment to us within **five (5) days** of this letter. In the event our client proceeds with litigation, they will be seeking not only the full balance outstanding but also accrued interest, all applicable court costs, and any possible attorneys fees if applicable.

Naturally, it would benefit all parties concerned if litigation could be avoided. Please make sure the check covering full payment of this matter be directed to this office within **five (5) days** of this letter. Please make your check, cashiers check or money order payable to **SPRECHMAN & FISHER, P.A. TRUST ACCOUNT** and forward same to us immediately at **2775 Sunny Isles Boulevard, Suite 100, Miami, FL 33160-4007**. We also accept ACH payments and wire transfers. Payments can also be made on our website at www.sprechmanlaw.com.

Very truly yours,
SPRECHMAN & FISHER, P.A.

By: _____
    Steven B. Sprechman, Esq.

WHEN CALLING OUR OFFICE ASK FOR **Robert Lerner x130** OR DIAL DIRECT **305/521-8825**
REFER TO FILE **155184**
SBS:KCH:D2



# Exhibit C

# LAW OFFICES OF
# SPRECHMAN & FISHER, P.A. CELEBRATING 37 YEARS OF EXCELLENCE 1985-2022

2775 SUNNY ISLES BOULEVARD, SUITE 100, MIAMI, FLORIDA 33160-4007
Phone: 305.931.0100 ● Toll Free: 800.440.6289 ● Fax: 305.936.0200
Email: sprechman@sprechmanlaw.com ● Web Site: www.sprechmanlaw.com

STEVE SPRECHMAN ● STACEY S. FISHER ● RYAN E. SPRECHMAN ● ALEXANDRA TRICE

JARED M. STEVENS
*Director of Operations*
ROBERT P. LERNER
*Collection Manager*

January 8, 2023

Lonesome Valley Brewing Inc
DBA Lonesome Valley Brewing & The P.U.B*
3040 N Windsong Dr suite 101
Prescott Valley, AZ 86314

Re: Creditor: MERCHANT CAPITAL GROUP LLC dba Greenbox Capital

Defendant(s): LONESOME VALLEY BREWING INC dba Lonesome Valley Brewing & the P.U.B.P and BRIAN COLE and JOANNE COLE, as guarantors, jointly and severally

Our File No.: 155184
Original Account No.: 7047960

Gentlemen:

As you may be aware, a party in this matter has recently been served with a lawsuit.

We would like to attempt to resolve this matter. Please call our office and ask for Collection Department x130 or dial direct 305/521-8840 and refer to file 155184. If you have retained Counsel in this matter, please forward this letter to your Counsel.

Please remember that we can accept checks over the phone and payments via our website, www.sprechmanlaw.com.

We look forward to resolving this matter!

Very truly yours,
SPRECHMAN & FISHER, P.A.

Stacey S. Fisher, Esquire

155184:LD4:D11COL1

**This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

# Exhibit D

# AFFIDAVIT OF SERVICE

Attorney: Sprechman & Fisher, P.A., 2775 SUNNY ISLES BLVD., SUITE 100, (305) 931-0100

Court: CIRCUIT COURT, COUNTY OF MIAMI DADE

Case No: 2022-024081-CA-01

Plaintiff/Petitioner: MERCHANT CAPITAL GROUP LLC DBA GREENBOX CAPITAL

vs.

Defendant/Respondent: LONESOME VALLEY BREWING INC DBA LONESOME VALLEY BREWING & THE P U M P AND BRIAN COLE AND JOANNE COLE AS GUARANTOR JOINTLY AND SEVERALLY

Received by Jennifer K Paschal on the 5th day of January 2023 at 03:45 PM to be served on:

**LONESOME VALLEY BREWING INC DBA LONESOME VALLEY BREWING & THE P U B P BY SERVING JOANNE COLE AS REGISTERED AGENT**
3040 N WINDSON DR UNIT 101
PRESCOTT VALLEY, AZ 86314 (Yavapai)

I, **Jennifer K Paschal**, affirm and say that on the 5th day of January, 2023 at 05:49 PM, executed service in Yavapai County by delivering a true copy of the **SUMMONS AND COMPLAINT** at the address above which is the usual place of abode of the defendant/servee, in accordance with state statutes in the manner indicated below.

**CORPORATE SERVICE: F.S. 48.081 :** delivered to **Kwllie Morrison (AUTHORIZED PERSON)**

The person served was of the age of 15 or older and was advised of the contents.

I certify that I am of legal age, I have no interest in the above action and that I am a certified, specially appointed, or sheriff appointed process server in good standing in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true. F.S.92.525(2)

Attempts and Service Comments:
• 3040 N WINDSON DR UNIT 101 , PRESCOTT VALLEY, AZ 86314:
1/5/2023 5:49 PM: Served manager.

Description of the person served: Female, White, Brown hair, Approx. Age: 40 years, Approx. Height: 5 ft 7 in., Approx. Weight: 170 lbs. Other Features: Glasses

STATE OF __Arizona__
COUNTY OF __YAVAPAI__
Sworn to (or affirmed) and subscribed before me by means of
[X] physical presence or [ ] online notarization
this __9th__ day of __Jan__, 20__23__, by __Jennifer Paschal__.

_Tracy B Arnold_
(Signature of Notary Public - State of AZ)

(SEAL)

_TRACY B ARNOLD_
(Print, Type or Stamp Commissioned Name of Notary Public)

Personally Known __X__ Or Produced Identification _____
Type of Identification Produced _____

X _____
Date: 1-6-23

Jennifer K Paschal
Process Server #: YV1700003
212 South Marina, Suite B
Prescott, AZ, 86303
(928) 445-4807

Atty File#: 155184
Job ID#: 4346175



TRACY B ARNOLD
Notary Public, State of Arizona
Yavapai County
Commission # 582298
My Commission Expires
January 30, 2024




4346175  4346175  4346175  4346175  4346175  2

| | |
|---|---|
| MERCHANT CAPITAL GROUP LLC dba<br>Greenbox Capital<br>　　　　Plaintiff,<br>vs.<br><br>LONESOME VALLEY BREWING INC dba<br>Lonesome Valley Brewing & the P.U.B.P<br>and BRIAN COLE and JOANNE COLE, as<br>guarantors, jointly and severally<br>　　　　Defendant(s)<br>_____ / | IN THE CIRCUIT COURT OF THE 11TH<br>JUDICIAL CIRCUIT IN AND FOR<br>MIAMI-DADE COUNTY, FLORIDA<br><br>CASE NO:　2022-024081-CA-01<br><br>**CIVIL ACTION SUMMONS** |

THE STATE OF FLORIDA:
To Each Sheriff of Said State:
YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant(s):
**LONESOME VALLEY BREWING INC dba Lonesome Valley Brewing & the P.U.B.P**
By Serving: JOANNE COLE, as Registered Agent At: 3040 N WINDSON DR #101, PRESCOTT VALLEY, AZ, 86314
-OR-
If Service is attempted between the hours of 10:00 A.M. and 12:00 Noon and the Registered Agent is not available between those hours, then by serving any other officer, director, registered agent, or employee of the business at: 3040 N Windsong Dr suite 101, Prescott Valley AZ 86314
Each defendant(s) is required to serve written defenses to the complaint or petition on Plaintiff's attorney to:



**Stacey S. Fisher, Esq.
SPRECHMAN & FISHER, P.A.
Plaintiff/Plaintiff's Attorney
2775 Sunny Isles Blvd, Ste 100
Miami, FL 33160-4007
(305) 521-8840**

within 20 days **"Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON ___12/23/2022___, 2022.　　　　Harvey Ruvin
　　　　　　　　　　　　　　　　　　　　as Clerk of said Court

　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　Deputy Clerk

## AMERICANS WITH DISABILITIES ACT OF 1990 ADA NOTICE

if you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator at Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, Fl 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

## LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

Si usted es una persona minusvalida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor pongase en contacto con el Coordinador ADA en el Onceavo Distrito Judicial ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, Fl 33128, Telefono (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 por lo menos 7 días antes de la cita fijada para su comparencia en los tribunales; o inmediatamente después recibir ésta notificación si el tiempo antes de la comparencia que se ha programado es menos de 7 días; Si usted tiene discapacitacion del oido ó de la voz, llame al 711.

## LWA 1990 POU AMERIKEN KI ENFIM ANONS POU AMERIKEN KI ENFIM

Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipé nan pwosedi sa a, ou gen dwa pou yo ba ou kèk ed èd san ou pa gen pou ou peye. Si'l vou plè kontakté Kowodinatè ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, Fl 33128, Telefon (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 o'mwen 7 jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou revwa notifikasyon sa a si ou gen mwens ke 7 jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rélé 711.

## ACT DE 1990 POUR AMERICAINS HANDICAPES AVIS DE l' ADA

"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun cout, d'avoir de l'aide a votre disposition. S'il vous plaît contacter le Coordinateur de l'ADA du Tribunal du l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, Fl 33128, Tèlèphone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 au moins 7 jours avant la date de comparution au tribunal, oubien immediatement après avoir recu cet avis si la date avant la comparution est moins de 7 jours; si vous avez une incapicitè pour entendre ou parler, appelez le 711 ".

155184:P260C